GEORGE W. LESLIE, RECEIVER, ETC., APPELLANT, v. EPHRAIM DINGMAN, RESPONDENT.

APPEAL from a judgment of the County Court of Oswego, in favor of the defendant, and from an order denying a motion for a new trial made upon the judge's minutes.

A question of fact alone was presented by this appeal, which, the General Term *held*, had been properly submitted to the jury.

*C. W. Avery*, for the appellant.

*F. David*, for the respondent.

Opinion by MORGAN, J.

Present — MULLIN, P. J., SMITH and MORGAN, JJ.

Judgment and order affirmed.